# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 30, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162392

LEE ANNE L. SUNDBERG,
        Plaintiff-Appellee,

v

OBERSTAR, INC., and 1900 INDUSTRIAL
PARKWAY, LLC,
        Defendants-Appellants.

SC: 162392
COA: 350876
Marquette CC: 18-056803-NO

_____/

     On order of the Court, the application for leave to appeal the November 12, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 30, 2021



Clerk

a0322